Michael T. Hornak (State Bar No. 81936)
email: mhornak@rutan.com
Ronald P. Oines (State Bar No. 145016)
email: roines@rutan.com
Bradley A. Chapin (State Bar No. 232885)
email: bchapin@rutan.com
Timothy Spivey (State Bar No. 269084)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs HID GLOBAL
CORPORATION, ASSA ABLOY AB and
DESTRON FEARING CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HID GLOBAL CORPORATION, a Delaware corporation; ASSA ABLOY AB, a Swedish Limited Liability Company; and DESTRON FEARING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUNDCRAFT, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV13-01890 AG (ANx)<br><br>**COMPLAINT FOR INJUNCTION AND DAMAGES FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT FOR PATENT
INFRINGEMENT

2118/025100-0007
5843186.1 a12/03/13

Plaintiffs HID GLOBAL CORPORATION ("HID"), ASSA ABLOY AB ("AAAB") and DESTRON FEARING CORPORATION ("Destron") (collectively, "Plaintiffs"), for their Complaint against defendants SOUNDCRAFT, INC. ("Soundcraft"), and DOES 1 through 10, inclusive (collectively, "Defendants"), allege as follows:

## JURISDICTION AND VENUE

1. This is an action involving claims of patent infringement under Title 35, United States Code. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) and § 1391(c), as Defendants reside in this judicial district, have committed acts of infringement in this judicial district, and have a regular and established place of business in this judicial district.

## THE PARTIES

3. HID is a Delaware corporation having its principal place of business located at 15370 Barranca Parkway, Irvine, California.

4. AAAB is a Limited Liability Company established under the laws of Sweden and having a principal place of business in Stockholm, Sweden. AAAB is HID's parent company.

5. Destron is a Delaware corporation having its principal place of business located in St. Paul, Minnesota.

6. Plaintiffs are informed and believe, and thereon allege, that Soundcraft is a California corporation having its principal place of business located at 20301 Nordhoff Street, Chatsworth, California 91311. On information and belief, Soundcraft sells and offers to sell the products that are the subject of this action through its Secura Key division.

7. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to

Plaintiffs, which therefore sue said defendants by such fictitious names. Plaintiffs will seek leave of this Court to amend this Complaint to include their proper names and capacities when they have been ascertained. Plaintiffs are informed and believe, and based thereon allege, that each of the fictitiously named defendants participated in and is in some manner responsible for the acts described in this Complaint and the damage resulting therefrom.

8. Plaintiffs allege on information and belief that each of the defendants named herein as Does 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged hereinbelow, and are liable to Plaintiffs for the damages and relief sought herein.

9. Plaintiffs allege on information and belief that, in performing the acts and omissions alleged herein, and at all times relevant hereto, each of the Defendants was the agent and employee of each of the other Defendants and was at all times acting within the course and scope of such agency and employment with the knowledge and approval of each of the other Defendants.

## HID'S BUSINESS

10. HID is a leader in the delivery of secure identity solutions for millions of customers throughout the world. HID's identity solutions are used in a variety of applications, including physical access control, logical access control, access card printing and personalization, highly secure government identification and animal identification. HID's products, solutions and services are sold through a well-established network of OEMs, developers, systems integrators and distributors worldwide. End users of HID's products, solutions and services include businesses and organizations in virtually all industry sectors, including government, healthcare, retail, industrial, commercial, airports, ports, finance and education.

11. HID's physical access control products and solutions are sold under HID's well-known brands, including iCLASS®, SmartID®, HID® Prox and Indala® Prox. These industry leading products, include radio frequency

identification ("RFID") readers and credentials that operate at low frequency (i.e., 125 kHz), high frequency (i.e., 13.56 MHz), or both.

## THE PATENT AT ISSUE

12. HID owns or is a licensee to numerous patents and other intellectual property that relate to various aspects of HID's business. The patent that is the subject of this action, United States patent no. 5,952,935 (the "'935 Patent"), relates generally to multi-technology readers and credentials.

13. The '935 Patent, entitled "Reprogrammable Channel Search Reader," issued on September 14, 1999. Destron owns the '935 Patent. Pursuant to a license agreement dated September 21, 2007 (the "License Agreement"), Destron's predecessor granted to Assa Abloy Identification Technology Group AB ("AAITG") an exclusive license in certain fields to the '935 Patent. Destron's predecessor further granted to AAITG the right to enforce the '935 Patent to the full extent of the license granted, including the right to file actions for patent infringement for any current or past infringement. By assignment, AAAB owns the rights granted to AAITG pursuant to the license from Destron's predecessor. HID has a sublicense to the '935 Patent. Pursuant to the License Agreement, Destron's predecessor, as owner of the '935 Patent, agreed to participate in any infringement action brought by AAITG, or its successor to the rights under the License Agreement, AAAB. Destron is named as a plaintiff in this action for that reason alone.

14. The '935 Patent generally discloses an RFID reader that is capable of reading identification signals from transponders that use different frequencies, different methods of modulation, and/or different methods of encoding to communicate with the RFID reader. Another key aspect of the '935 Patent provides that the RFID reader is programmable.

## SOUNDCRAFT'S INFRINGEMENT

15. Soundcraft also is in the business of providing physical access control

solutions, including RFID readers that operate at 125 kHz carrier frequency. Soundcraft competes directly with HID, and sells and seeks to sell its RFID readers to various industry sectors, including those to which HID sells its products. As set forth below, certain of Soundcraft's readers incorporate inventions that are disclosed in and protected by the '935 patent.

## CLAIM FOR RELIEF

### (Patent Infringement – '935 Patent)

16. Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 15, inclusive, and incorporate them herein by this reference.

17. Defendants make, use, sell, offer for sale, and/or import into the United States products that meet each and every element of one or more claims of the '935 patent. As such, Defendants have infringed and are infringing the '935 patent.

18. Plaintiffs have marked relevant products and/or product literature with the '935 Patent pursuant to 35 U.S.C. § 287. On information and belief, Defendants have had actual knowledge of the '935 Patent before and during their infringement of the '935 Patent. On information and belief, Defendants' infringement of the '935 patent has been and will continue to be willful, wanton and deliberate with full knowledge and awareness of Plaintiffs' patent rights.

19. Plaintiffs have been damaged in an amount to be determined at trial, but which is no less than a reasonable royalty, and irreparably injured by Defendants' infringing activities. Plaintiffs will continue to be so damaged and irreparably injured unless such infringing activities are enjoined by this Court.

20. Moreover, in light of the willful nature of Defendants' conduct, this case should be deemed "exceptional" under the Patent Laws. As a result, in addition to damages, Plaintiffs are entitled to enhanced damages and their attorneys' fees and costs incurred herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. That Defendants, their officers, directors, agents, servants, employees, and all persons and entities in active concert or participation with them, or any of them, be preliminarily and permanently enjoined and restrained from further infringement of the '935 Patent;

2. A judgment by the Court that Defendants have infringed and are infringing the '935 Patent;

3. An award of damages for infringement of the '935 Patent, together with prejudgment interest and costs, said damages to be trebled by reason of the intentional and willful nature of Defendants' infringement, as provided by 35 U.S.C. § 284;

4. A determination that this case is "exceptional" under 35 U.S.C. § 285, and an award of Plaintiffs' reasonable attorneys' fees;

5. That any monetary award include pre- and post-judgment interest at the highest rate allowed by law;

6. For costs of suit; and

7. For such other and further relief as the Court may deem just and proper.

Dated: December 4, 2013

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
RONALD P. OINES
BRADLEY A. CHAPIN
TIMOTHY SPIVEY

By: _____
Ronald P. Oines
Attorneys for Plaintiffs HID GLOBAL CORPORATION, ASSA ABLOY AB, and DESTRON FEARING CORPORATION

COMPLAINT FOR PATENT INFRINGEMENT

## DEMAND FOR JURY TRIAL

Pursuant to Local Rule 38-1 of the Local Rules of the United States District Court for the Central District of California, Plaintiffs hereby demand a jury trial in this action.

Dated: December 4, 2013

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
RONALD P. OINES
BRADLEY A. CHAPIN
TIMOTHY SPIVEY

By: _____
Ronald P. Oines
Attorneys for Plaintiffs HID GLOBAL CORPORATION, ASSA ABLOY AB and DESTRON FEARING CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge ___Andrew J. Guilford___ and the assigned Magistrate Judge is ___Arthur Nakazato___.

The case number on all documents filed with the Court should read as follows:

**SACV13-01890 AG (ANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

December 4, 2013                    By   M. Barr
Date                                     Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☒ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)                NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
HID GLOBAL CORPORATION, a Delaware corporation; ASSA ABLOY AB, a Swedish Limited Liability Company; and DESTRON FEARING CORPORATION, a Delaware corporation,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
SOUNDCRAFT, INC., a California corporation; and DOES 1 through 10, inclusive,

**(b) County of Residence of First Listed Plaintiff** Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Michael T. Hornak SBN 81936 / Ronald P. Oines SBN 145016
Bradley A. Chapin SBN 232885 / Timothy Spivey SBN 269084
Rutan & Tucker, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, CA 92626    Telephone: 714-641-5100

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ According to proof.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This is an action involving claims of patent infringement under Title 35, United States Code.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | Habeas Corpus: | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | TORTS | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | TORTS PERSONAL INJURY | PERSONAL PROPERTY | ☐ 530 General | SOCIAL SECURITY |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | Other: | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | FEDERAL TAX SUITS |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | LABOR | |
| ☐ 896 Arbitration | REAL PROPERTY | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **SACV13-01890 AG (ANx)**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes ☒ No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes ☒ No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies:<br>☒ 2 or more answers in Column C<br>☐ only 1 answer in Column C and no answers in Column D<br>Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br>If none applies, answer question C2 to the right. ➡ | C.2. Is either of the following true? If so, check the one that applies:<br>☐ 2 or more answers in Column D<br>☐ only 1 answer in Column D and no answers in Column C<br>Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br>If none applies, go to the box below. ⬇ |
|---|---|

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | SOUTHERN |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

IX(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO   ☐ YES

If yes, list case number(s): _____

IX(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☐ NO   ☒ YES

If yes, list case number(s): SACV10-1954 JVS (RNBx); SACV13-01272 JVS (RNBx); SACV13-01301 JVS (RNBx); and SACV13-01302 JVS (RNBx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT): /s/ Ronald P. Oines    DATE: December 4, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com