JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HID Global Corp., et al.,<br><br>   Plaintiff,<br><br>  v.<br><br>Soundcraft, Inc.,<br><br>   Defendant(s).<br>_____ | SACV 13-01890  JVS (RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

 IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: March 27, 2014

               _____
                 James V. Selna
               United States District Judge